United States District Court
Southern District of Texas
**ENTERED**
February 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ALMA BENEVIDES, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| § CIVIL ACTION NO. 7:23-cv-00173 | |
| CVS PHARMACY, INC #10142, COCA- § | |
| COLA SOUTHWEST BEVERAGES, § | |
| LLC, and ALICE MARIE, LLC § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers Plaintiff's "Suggestion of Death,"[1] "Defendant's Motion to Dismiss Pursuant to Rule 25,"[2] "Defendant Coca-Cola Southwest Beverages, LLC's Motion for Partial Summary Judgment,"[3] and "Notice of Actions Taken to Appoint a Personal Representative of Alma Benavides, Deceased."[4]

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

In May 2024, Counsel for Plaintiff filed a "Suggestion of Death" for the Plaintiff in this matter.[5] Aside from providing the obituary as evidence of Plaintiff's death, Counsel also informed

---

[1] Dkt. No. 18.
[2] Dkt. No. 21.
[3] Dkt. No. 19.
[4] Dkt. No. 23.
[5] Dkt. No. 18.

the Court that Defendant "is survived by her children and there is no living spouse."[6] Furthermore, Counsel provided that "Alma Penelope L. Mendoza is Plaintiff's legal heir, her daughter, and has retained the undersigned counsel to represent her in these legal proceedings. Counsel anticipated that Alma Penelope L. Mendoza will open an administration of the Plaintiff's estate in an appropriate jurisdiction on behalf of Alma Benavides's heirs, at which time said Estate will move to be substituted for that of the named Plaintiff pursuant to Rule 25 F.R.Cil.P.[sic]"[7]

On October 1, 2024, the Court found that there was no indication that notice was served on Decedent's estate as required by Rule 25.[8] Thus, the Court ordered Counsel for Plaintiff, Yadira Villarreal Rodriguez to file a notice informing the Court of the actions being taken to remedy the issues in this matter no later than October 14, 2024. Additionally, the Court gave notice that upon proper proof of service of the suggestion of death on the personal representative of decedent-plaintiff's estate or other proper party, the 90 day Rule 25 deadline would commence.

On October 14, 2024 Counsel for Plaintiff filed a notice of actions taken to appoint a personal representative for Plaintiff's estate.[9] Therein, Counsel informs the Court Plaintiff's surviving children intend on proceeding with the case but "expressed concerns about the financial burden, as they do not have the funds necessary to file in probate court."[10]

The issues in probate court are no impediment to this proceeding. However, the notice does inform the Court that any potential personal representative that would be named by the probate court has now received proper notice.[11] As of October 14, 2024, nothing further has been filed in

---

[6] *Id.* at 1, ¶ 2.
[7] *Id.* at 1, ¶ 3.
[8] Dkt. No. 22.
[9] Dkt. No. 23.
[10] *Id.*
[11] *Id.* at 2 ("Fortuitously, I spoke to a colleague, Attorney Jacqueline C. Ramon with Aria Law, PLLC, who specializes in Probate law, and she has agreed to represent Ms. Alma Penelope L. Mendoza and handle the probate proceedings. Finally, I spoke with Ms. Ramos earlier today, and she confirmed that all pertinent documents are prepared and ready to be filed tomorrow as today was a federal holiday.").

this case by or on behalf of Plaintiff. Thus, given that more than 90 days have now passed since the filing of the notice, the Court finds that this action brought by decedent Plaintiff must be **DISMISSED**.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 24th of February, 2025.

                                                      _____
                                                          Micaela Alvarez
                                              Senior United States District Judge